FILED
CLERK, U.S. DISTRICT COURT

JAN 2 7 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 99-CR-136   21MJ00458 |
| Cristobal Ramirez DEFENDANT(S). | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Superseding Indictment
in the Eastern _____ District of Wisconsin _____ on _____
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21; 18 _____ U.S.C., Section(s) 841(a)(1);846, 2
to wit: Conspiracy to Poss with Intent to Distribute Controlled Substance Cocaine

A warrant for defendant's arrest was issued by: Judicial Officer Sofron B. Nedilsky

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/26/21
                Date

_[signature]_
Signature of Agent

Job Gudino
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (03/20)               DECLARATION RE OUT-OF-DISTRICT WARRANT